

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00253-CV

Juan **VELA**, Individually and d/b/a Star Moulding Co.,
Appellant

v.

**HOLLAND SOUTHWEST INT. INC.**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-214
The Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: September 25, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by August 16, 2019.  Because the brief was not timely filed, on August 23, 2019, appellant was ordered to show cause in writing why this appeal should not be dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a).  Appellant's response was due to be filed by September 9, 2019.  No response was filed.  Accordingly, this appeal is dismissed for want of prosecution.

PER CURIAM